UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 5:26-cv-00828-JWH-MBK | | Date | March 3, 2026 |
|---|---|---|---|---|
| Title | Ping Zhong et al. v. James Janecka, et al. | | | |

| Present: The Honorable | Michael B. Kaufman, U.S. Magistrate Judge |
|---|---|

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:**   ORDER TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE GRANTED AS UNOPPOSED AND FOR FAILURE TO COMPLY WITH COURT ORDERS

Petitioners Ping Zhong filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on February 20, 2026. Dkt. 1. On February 23, 2026, this Court issued an Order Requiring a Response to the Petition. Dkt. 4. That Order set forth a briefing schedule, requiring Respondents to respond to the Petition by March 2, 2026, and Petitioner to file a reply by March 3, 2026. *Id.* at 2. The Court set a hearing on March 4, 2026, at 10 a.m. *Id.*

As of the date of this Order, Respondents' counsel have filed a Notice of Appearance in the action, (Dkt. 5), but have not filed a response to the Petition. Respondents are therefore **ORDERED** to show cause why the Petition should not be granted as unopposed. Respondents' response to this OSC is due on or before **March 4, 2026**. Respondents may respond either by (1) stating that they do not oppose the Petition or (2) filing a response to the Petition in accordance with the procedures set forth in this Court's Order (Dkt. 4). If Respondents file an answer, Petitioners' reply brief will be due on or before **March 5, 2026.** The Court *sua sponte* continues the hearing to **March 6, 2026 at 10:00 a.m.**

All other requirements of the Court's prior order (Dkt. 4) remain in effect.

**IT IS SO ORDERED.**