**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PING ZHONG,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JAMES JANECKA, ET AL.,<br><br>　　　　Respondents. | Case No. 5:26-cv-00828-JWH-MBK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition of Petitioner Ping Zhong, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Based upon that review, the Court hereby **ORDERS** as follows:

1. The findings and recommendations of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.
2. Judgment shall be entered **GRANTING** the petition for writ of habeas corpus.
3. A writ of habeas corpus is **ISSUED** requiring Zhong's immediate release and preventing Respondents from re-detaining Zhong without notice and an opportunity to be heard.
4. This case is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated:  March 5, 2026

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE