JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

PING ZHONG,

        Petitioner,

    v.

JAMES JANECKA, et al.,

        Respondents.

Case No. 5:26-cv-00828-JWH-MBK

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.   The petition for writ of habeas corpus is **GRANTED**.

2.   This action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Dated: ___March 5, 2026___                     _____
                                               Hon. John W. Holcomb
                                               UNITED STATES DISTRICT JUDGE